IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDDIE SINKLER, JR.,** | : | CIVIL NO. 1:14-CV-02342 |
| Petitioner, | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| **CHAD FULTZ, et al.,** | : | |
| Respondents | : | |

### ORDER

**NOW, THEREFORE, THIS 13th DAY OF FEBRUARY, 2015,** upon consideration of the petition for writ of habeas corpus (Doc. No. 1) and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1) The petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

2) The Clerk of Court is directed to **CLOSE** this case.

S/ Yvette Kane
Yvette Kane
United States District Judge
United States District Court
Middle District of Pennsylvania